11/3/24, 3:59 PM                Office of Public Affairs | Justice Department to Monitor Polls in 24 States for Compliance with Federal Voting Rights Laws | United S…

Case: 4:24-cv-01473-SEP    Doc. #: 1-3    Filed: 11/04/24    Page: 1 of 6 PageID #: 20



**PRESS RELEASE**

# Justice Department to Monitor Polls in 24 States for Compliance with Federal Voting Rights Laws

Monday, November 7, 2022

**For Immediate Release**

Office of Public Affairs

The Justice Department announced today its plans to monitor compliance with federal voting rights laws in 64 jurisdictions in 24 states for the Nov. 8, 2022 general election. Since the passage of the Voting Rights Act of 1965, the Civil Rights Division has regularly monitored elections in the field in jurisdictions around the country to protect the rights of voters. The Civil Rights Division will also take complaints from the public nationwide regarding possible violations of the federal voting rights laws through its call center. The Civil Rights Division enforces the federal voting rights laws that protect the rights of all citizens to access the ballot.

For the general election, the Civil Rights Division will monitor for compliance with the federal voting rights laws on Election Day and/or in early voting in 64 jurisdictions:

- City of Bethel, Alaska;
- Dillingham Census Area, Alaska;
- Kusilvak Census Area, Alaska;
- Sitka City-Borough, Alaska;
- Maricopa County, Arizona;



Case: 4:24-cv-01473-SEP   Doc. #: 1-3   Filed: 11/04/24   Page: 2 of 6 PageID #: 21

- Navajo County, Arizona;
- Pima County, Arizona;
- Pinal County, Arizona;
- Yavapai County, Arizona;
- Newton County, Arkansas;
- Los Angeles County, California;
- Sonoma County, California;
- Broward County, Florida;
- Miami-Dade County, Florida;
- Palm Beach County, Florida;
- Cobb County, Georgia;
- Fulton County, Georgia;
- Gwinnett County, Georgia;
- Town of Clinton, Massachusetts;
- City of Everett, Massachusetts;
- City of Fitchburg, Massachusetts;
- City of Leominster, Massachusetts;
- City of Malden, Massachusetts;
- City of Methuen, Massachusetts;
- City of Randolph, Massachusetts;
- City of Salem, Massachusetts;
- Prince George's County, Maryland;
- City of Detroit, Michigan;
- City of Flint, Michigan;
- City of Grand Rapids, Michigan;
- City of Pontiac, Michigan;
- City of Southfield, Michigan;
- City of Minneapolis, Minnesota;
- Hennepin County, Minnesota;
- Ramsey County, Minnesota;

11/3/24, 3:59 PM
Office of Public Affairs | Justice Department to Monitor Polls in 24 States for Compliance with Federal Voting Rights Laws | United S…
Case: 4:24-cv-01473-SEP   Doc. #: 1-3   Filed: 11/04/24   Page: 3 of 6 PageID #: 22

- Cole County, Missouri;
- Alamance County, North Carolina;
- Columbus County, North Carolina;
- Harnett County, North Carolina;
- Mecklenburg County, North Carolina;
- Wayne County, North Carolina;
- Middlesex County, New Jersey;
- Bernalillo County, New Mexico;
- San Juan County, New Mexico;
- Clark County, Nevada;
- Washoe County, Nevada;
- Queens County, New York;
- Cuyahoga County, Ohio;
- Berks County, Pennsylvania;
- Centre County, Pennsylvania;
- Lehigh County, Pennsylvania;
- Luzerne County, Pennsylvania;
- Philadelphia County, Pennsylvania;
- City of Pawtucket, Rhode Island;
- Horry County, South Carolina;
- Dallas County, Texas;
- Harris County, Texas;
- Waller County, Texas;
- San Juan County, Utah;
- City of Manassas, Virginia;
- City of Manassas Park, Virginia;
- Prince William County, Virginia;
- City of Milwaukee, Wisconsin; and,
- City of Racine, Wisconsin.

11/3/24, 3:59 PM	Office of Public Affairs | Justice Department to Monitor Polls in 24 States for Compliance with Federal Voting Rights Laws | United S…

Case: 4:24-cv-01473-SEP   Doc. #: 1-3   Filed: 11/04/24   Page: 4 of 6 PageID #: 23

Monitors will include personnel from the Civil Rights Division and from U.S. Attorneys' Offices. In addition, the division also deploys monitors from the Office of Personnel Management, where authorized by federal court order. Division personnel will also maintain contact with state and local election officials.

The Civil Rights Division's Voting Section enforces the civil provisions of federal statutes that protect the right to vote, including the Voting Rights Act, the Uniformed and Overseas Citizens Absentee Voting Act, the National Voter Registration Act, the Help America Vote Act and the Civil Rights Acts. The division's Disability Rights Section enforces the Americans with Disabilities Act (ADA) to ensure that persons with disabilities have a full and equal opportunity to vote. The division's Criminal Section enforces federal criminal statutes that prohibit voter intimidation and voter suppression based on race, color, national origin or religion.

On Election Day, Civil Rights Division personnel will be available all day to receive complaints from the public related to possible violations of the federal voting rights laws by a complaint form on the department's website https://civilrights.justice.gov/ or by telephone toll-free at 800-253-3931.

Individuals with questions or complaints related to the ADA may call the department's toll-free ADA information line at 800-514-0301 or 833-610-1264 (TTY) or submit a complaint through a link on the department's ADA website, at https://www.ada.gov/.

Complaints related to disruption at a polling place should always be reported immediately to local election officials (including officials in the polling place). Complaints related to violence, threats of violence or intimidation at a polling place should be reported immediately to local police authorities by calling 911. These complaints should also be reported to the department after local authorities have been contacted.

The Justice Department recently announced its overall plans for the general election to protect the right to vote and secure the integrity of the voting process through the work of the Civil Rights Division, Criminal Division, National Security Division and U.S. Attorneys' Offices.

More information about the federal civil rights laws is available on the Civil Rights Division's website at https://www.justice.gov/crt.

*Updated November 7, 2022*

**Topics**

11/3/24, 3:59 PM    Office of Public Affairs | Justice Department to Monitor Polls in 24 States for Compliance with Federal Voting Rights Laws | United S…

Case: 4:24-cv-01472-SEP    Doc. #: 1-3    Filed: 11/04/24    Page: 5 of 6 PageID #: 24

**VOTING AND ELECTIONS**   **CIVIL RIGHTS**

## Components

Civil Rights Division    Civil Rights - Voting Section

Press Release Number: 22-1192

# Related Content

**PRESS RELEASE**

### Justice Department to Monitor Polls in 27 States for Compliance with Federal Voting Rights Laws

The Justice Department announced today that it plans to monitor compliance with federal voting rights laws in 86 jurisdictions in 27 states for the Nov. 5 general election.

November 1, 2024

**PRESS RELEASE**

### Justice Department Releases Information on Efforts to Protect the Right to Vote, Prosecute Election Fraud, and Secure Elections

Consistent with longstanding Justice Department practices and procedures, the department today is providing information about its efforts, through the Civil Rights Division, Criminal Division, National Security Division (NSD), and U.S…

October 30, 2024

11/3/24, 3:59 PM	Office of Public Affairs | Justice Department to Monitor Polls in 24 States for Compliance with Federal Voting Rights Laws | United S…

Case: 4:24-cv-01472-SEP   Doc. #: 1-3   Filed: 11/04/24   Page: 6 of 6 PageID #: 25

**PRESS RELEASE**

# Preliminary Injunction Entered in Justice Department Suit to Stop Virginia's Systematic Removal of Voters from Registration Rolls

A federal court in the Eastern District of Virginia has entered an order requiring the Commonwealth of Virginia to cease a program to remove voters from Virginia's voting rolls between...

October 25, 2024

## Office of Public Affairs

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

**Office of Public Affairs Direct Line**
202-514-2007

**Department of Justice Main Switchboard**
202-514-2000