**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 4:24-cv-01473-SEP |
| ) | |
| KRISTEN CLARKE, in her official capacity ) | |
| as U.S. Assistant Attorney General for the Civil ) | |
| Rights Division, et al., ) | |
| ) | |
| *Defendants*. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Bryce Beal, Assistant Attorney General, and hereby moves to withdraw

as counsel for Plaintiffs.  All other counsel who have entered an appearance on behalf of Plaintiffs

will continue to represent Plaintiffs.


Respectfully submitted,

**ANDREW BAILEY**
Attorney General of Missouri

 /s/ *Bryce Beal*
Bryce Beal, #74559MO
 *Assistant Attorney General*
Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO  65102
Tel. (573) 751-6633
Fax (573) 751-0774
Bryce.Beal@ago.mo.gov

*Counsel for* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, a true and accurate copy of the above was served via the Court's electronic filing system.

/s/ Bryce Beal
Assistant Attorney General

*Counsel for* Plaintiffs

2