**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, *et al.,* | ) |
| | ) |
|       Plaintiffs, | ) |
| v. | )   Case No. 4:24-cv-01473-SEP |
| | ) |
| PAMELA BONDI, *et al.,* | ) |
| | ) |
|       Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 31st day of March, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE