U.S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS, MISSOURI

| | | |
|---|---|---|
| STATE OF MISSOURI, et al. | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| -vs- | ) | No. 4:24-cv-01473-SEP |
| | ) | |
| TODD BLANCHE, et al., | ) | |
| | ) | |
| *Defendants*, | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs State of Missouri, Catherine L. Hanaway in her official capacity as Attorney General of Missouri and Denny Hoskins, in his official capacity as Secretary of State of Missouri appeal to the United States Court of Appeals for the Eighth Circuit the district court's order dismissing the case. (Docs. 33, 34).

Dated:  April 13, 2026        */s/  William J. Seidleck*
                           William J. Seidleck
                            *Principal Deputy Solicitor General*
                           Office of Missouri Attorney General
                           815 Olive Street, Suite #200
                           St. Louis, Missouri 63101
                           (573) 301-5359
                           William.Seidleck@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, the foregoing was filed electronically using the Court's electronic filing system, which sends notification to all counsel of record.

/s/ *William J. Seidleck*